THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:07-cr-00033-MR-8

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>O R D E R</u> |
| | ) | |
| TERRELL DEVON PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's motion requesting a copy of his Presentence Report [Doc. 632].

The Defendant requests a copy of his Presentence Report. The Defendant, however, has no current matters pending before the Court. The Defendant was originally sentenced in April 2008. [Doc. 239]. The last activity in this matter occurred in October 2014 when the Defendant was sentenced to a term of 30 months' imprisonment for a violation of the terms of his supervised release. [Doc. 522]. With no current motions pending, the Defendant has failed to demonstrate a particularized need for his Presentence Report. See United States v. Velasquez, No. 5:10-CR-00042, 2012 WL 3307264, at *1 (W.D.N.C. Aug. 13, 2012) (Voorhees, J.) (holding that a copy of presentence report may be obtained from the district court only

upon a showing of particularized need) (citing <u>United States v. Williams</u>, No. 88-7340, 1989 WL 152422, at *2 (4th Cir. Dec. 11, 1989)). Accordingly, the Defendant's motion must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion requesting a copy of his Presentence Report [Doc. 632] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 6, 2018

Martin Reidinger
United States District Judge